IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LINDSAY,                                No. CIV S-09-3260 CMK P

     Plaintiff,

  vs.                                                              ORDER

UNKNOWN,

     Defendants.

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, it appears that the defendant(s) are located and the claim arose in Riverside and/or San Bernardino County, which are in the Central District of California.

1  Therefore, plaintiff's claim should have been filed in the United States District Court for the
2  Central District of California.  In the interest of justice, a federal court may transfer a complaint
3  filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>,
4  512 F.2d 918, 932 (D.C. Cir. 1974).
5              Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the Central District of California.

   DATED:  December 4, 2009

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE